UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

          Plaintiff,

    -v-                                    13-CV-00914S

$1,414,260.00 in United States Currency,

          Defendant.

## **ORDER OF FORFEITURE**

Based upon the *Stipulation for Settlement and Order of Forfeiture* executed and filed with the Court in the above captioned litigation, and after review and due deliberation, it is hereby

ORDERED, that the sum of $925,000.00 shall be forfeited as follows:

    a.    The sum of $325,000.00 provided by claimant pursuant to the terms of the *Stipulation* and presently in the custody of the United States Marshals Service shall be forfeited and disposed of according to law.

    b.    As to the remaining sum of $600,000.00 claimant Joseph Ruda agrees to the entry of a judgment in this amount. Said judgment will be joint and several with the criminal forfeiture money judgment against Joseph Ruda's company, Gutlove & Shirvint, Inc. (as set forth in <u>United States –v- Gutlove & Shirvint</u>, 1:13-cr-00188) and the amount will accrue at the prevailing rate per annum and serve as a judgment and lien against

the defendant's property, wherever situated until fully satisfied, and it is further

ORDERED, that the sum of $925,000.00 in U.S. Currency is now and hereby forfeited to the government pursuant to 18 U.S.C. § 981 and shall be disposed of by the United States Marshals Service according to the law, and it is further

ORDERED, that the United States Marshals Service may satisfy this judgment by executing upon any properties owned by Joseph Ruda, by use of any reasonable means and force necessary to effectuate seizure and sale of such property wherever situated to satisfy the money judgment and it is further;

ORDERED, the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, and it is further

ORDERED, that all claims and interests of any individual or entity in the defendant currency and money judgment are forever forfeited, closed, and barred.

**SO ORDERED.**

DATED:    March 16, 2014.
          Buffalo, NY

                                                    s/William M. Skretny
                                                   WILLIAM M. SKRETNY
                                                          Chief Judge
                                        United States District Court